UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STEVEN ZINNEL, <br><br> Defendant-Appellant, <br><br> v. <br><br> DAVID ZINNEL, Trustee, <br><br> Real-party-in-interest-Appellee. | No.   21-16892 <br><br> D.C. No. 2:21-mc-00143-TLN-AC <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction is granted (Docket Entry No. 8).  *See* 28 U.S.C. § 1291; *United States v. Swenson*, 971 F.3d 977, 982 (9th Cir. 2020) (disposition order directing release of the garnished funds concludes garnishment writ proceeding).  This appeal is dismissed for lack of jurisdiction.

All other pending motions are denied as moot.

**DISMISSED.**

DA/Pro Se